UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Docket No. 05 CR 101

JOSE MALDONADO          *OCT 13 2005*

## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____          JOSE A MALDONADO
U. S. Attorney                           Defendant
by AUSA
                                         _____
Dated: Brooklyn, New York                Defendant's Attorney

10/13/05

BEFORE:     s/Cheryl Pollak
            UNITED STATES MAGISTRATE JUDGE
            CHERYL POLLAK