# ANTHONY L. RICCO
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2006 ★

**BROOKLYN OFFICE**

February 15, 2006

BY FACSIMILE

*Granted*
*March 17, 2006*
*@ 2:00 PM*

s/John Gleeson



Hon. John H. Gleeson
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
Facsimile No. (718) 613-2456

Re: **United States v. Jose Maldonado**, Cr. 05-0101

Dear Judge Gleeson:

This letter is written to request an adjournment of the sentence, presently scheduled in the above referenced matter on Friday, February 17, 2006.

I am actually engaged and on trial in a capital case, *United States of America v. Willaims, including Andre Cooper*, pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable J. Curtis Joyner.

This trial is scheduled to be completed in April 2006. However, Judge Joyner has indicated that proceedings will not be held on Fridays. A representative of my office had a telephone conversation with A.U.S.A. Charles Kelly who represented that the Government still has issues which they feel must be resolved before Mr. Maldanado can be sentenced. A.U.S.A. Charles Kelly has indicated that an adjournment of approximately three weeks would be appropriate.

I have of course discussed this matter with A.U.S.A. Charles P. Kelly, who advises that the government has no objection and in fact joins in this application. On behalf of defendant, Jose Maldonado, I consent to an exclusion of time through and

including the adjourned date.

Respectfully,

*[signature]*

Anthony L. Ricco

ALR/es
cc:   A.U.S.A. Charles P. Kelly  (By Facsimile)

2

# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

## TELECOPIER TRANSMISSION

TO:   Hon. John H. Gleeson

FROM:  Anthony L. Ricco

DATED:  February 15, 2006

Number of pages including this page   3

Send to Number  (718) 613-2456

My Fax number is (212) 791-3940

If you have any questions regarding this transmission, please call (212) 791-3919 and ask for Paul Keith.

Comments:

_____

_____

_____.