# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. (212) 791-3919  FAX. (212) 791-...

**FILED**
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 8 2006 ★

BROOKLYN OFFICE

April 27, 2006

BY FACSIMILE

Hon. John H. Gleeson
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
Facsimile No. (718) 613-2456

s/John Gleeson

Re: **United States v. Jose Maldonado**, Cr. 05-0101

Dear Judge Gleeson:

This letter is written to request an adjournment of the sentence, presently scheduled in the above referenced matter on Tuesday, May 2, 2006.

I am actually engaged and on trial in a capital case, *United States of America v. Willaims, including Andre Cooper*, pending in the United States District Court for the Eastern District of Pennsylvania before the Honorable J. Curtis Joyner.

This guilt phase of the trial has concluded and the capital phase has commenced. We anticipate that the capital phase will be completed by the end of May 2006.

I have of course discussed this matter with A.U.S.A. Charles P. Kelly, who advises that the government has no objection and in fact joins in this application. On behalf of defendant, Jose Maldonado, I consent to an exclusion of time through and

including the adjourned date.

                                              Respectfully,

                                          s/ Anthony L. Ricco

ALR/es
cc:  A.U.S.A. Charles P. Kelly (By Facsimile)